UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT J. INTLEKOFER, | Case No. 3:18-cv-00503-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DARLENE JONES, Internal Revenue Service Agent, | |
| Defendant. | |

Plaintiff Robert J. Intlekofer filed an emergency petition for temporary restraining order ("TRO Motion") on October 22, 2018, but he did not file a complaint, pay the filing fee, or submit an application to proceed *in forma pauperis*. (*See* ECF No. 1, 1-1.) The Court allowed Plaintiff twenty-one days to file a complaint and pay the filing fee (or submit an *in forma pauperis* application). (ECF No. 3.) Plaintiff has now filed the Complaint (ECF No. 5) and has paid the filing fee (ECF No. 4). However, Plaintiff has not yet filed proof of service as to any defendant with the Court. Plaintiff is instructed to serve Darlene Jones with a summons and copy of the Complaint and file proof of such service with the Court by February 12, 2019. *See* Fed. R. Civ. P. 4(m).

The Court additionally advised Plaintiff that his TRO Motion did not comply with LR 7-4 regarding emergency motions. (ECF No. 3 at 2.) The Court further advised Plaintiff that he had twenty-one days to "submit a declaration that complies with Local Rule 7-4." (*Id.*) Plaintiff submitted a declaration with his Complaint (*see* ECF No. 5 at 11-12), but the TRO Motion appears to be moot. In the TRO Motion, Plaintiff sought to enjoin the auction

of certain real property (ECF No. 1-1 at 1-2), but the auction has now occurred (ECF No. 5 at 4). Accordingly, the Court will deny the TRO Motion as moot.

Plaintiff seems to seek additional injunctive relief in his Complaint. (*See* ECF No. 5.) Plaintiff is advised that he must file a separate document for each type of relief requested or purpose of the document. LR IC 2-2(b). Plaintiff must comply with this rule even if he is proceeding pro se and filing his papers physically rather than electronically. *Anoruo v. Valley Health Sys., LLC d/b/a Summerlin Hosp. and Med. Ctr.*, No. 2:18-cv-00105-MMD-NJK, 2018 WL 5886536, at *4 (D. Nev. Nov. 9, 2018). Thus, to the extent Plaintiff continues to seek preliminary injunctive relief before final adjudication of this case, he must file a motion to obtain such preliminary relief rather than relying on his Complaint.

It is therefore ordered that Plaintiff's emergency motion for temporary restraining order (ECF No. 1-1) is denied as moot.

DATED THIS 15th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE