UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT J. INTLEKOFER, | Case No. 3:18-cv-00503-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DARLENE JONES, Internal Revenue Service Agent, | |
| Defendant. | |

This action is about an IRS auction of real property. The Court denied Plaintiff Robert J. Intlekofer's emergency motion for temporary restraining order ("TRO Motion") (ECF No. 1-1) as moot on November 15, 2018. (ECF No. 8.) Plaintiff filed a motion for reconsideration of that order ("Motion") on December 10, 2018. (ECF No. 9.) To date, Plaintiff has not filed proof of service as to Darlene Jones, and the Court finds it unnecessary to consider a response to Plaintiff's Motion in any event.

A motion to reconsider must set forth "some valid reason why the court should reconsider its prior decision" and set "forth facts or law of a strongly convincing nature to persuade the court to reverse its prior decision." *Frasure v. United States*, 256 F. Supp. 2d 1180, 1183 (D. Nev. 2003). Reconsideration is appropriate if this Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "A motion for reconsideration is not

///

an avenue to re-litigate the same issues and arguments upon which the court already has ruled." *Brown v. Kinross Gold, U.S.A.*, 378 F. Supp. 2d 1280, 1288 (D. Nev. 2005).

Plaintiff's Motion primarily alleges that it has been difficult to serve Darlene Jones. (*See* ECF No. 9 at 1-4.) However, the Court denied Plaintiff's TRO Motion because it was moot—the auction Plaintiff sought to prevent had already occurred. (*See* ECF No. 8 at 1-2.) The alleged difficulties Plaintiff faces in serving Darlene Jones are irrelevant to the Court's determination that the TRO Motion was moot. Accordingly, Plaintiff's Motion will be denied.

Plaintiff's Motion also requests that the Court "issue an Order to have the Bankruptcy Clerk turn over the Docket and/or all necessary filing(s) to substantiate the need this Petitioner had which rose to the level of an emergency. The letters of request which the Petitioner sent to the Bankruptcy court and/or trustee have gone unanswered, and the Petitioner does not have a PACER account." (ECF No. 9 at 4.) Plaintiff may wish to view electronic court data at public terminals located at the United States Bankruptcy Court, District of Nevada, 300 Booth Street, Reno, NV 89509.

It is therefore ordered that Plaintiff's motion for reconsideration (ECF No. 9) is denied.

DATED THIS 12th day of December 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE